THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCESCO GELORMINI**, *Plaintiff,* v. **CITY OF PHILADELPHIA,** *Defendant.* | Case No. 2:23-cv-04006-JDW |

### ORDER

**AND NOW**, this 16th day of April, 2024, for the reasons provided in the accompanying Memorandum, it is hereby **ORDERED** that Defendant City Of Philadelphia's Motion To Dismiss Plaintiff's Second Amended Complaint For Failure To State A Claim (ECF No. 10) is **GRANTED**, and the Second Amended Complaint is **DISMISSED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
Joshua D. Wolson, Judge